MILLIGAN, Respondent, *v.* METROPOLITAN EL. RY. Co. *et al.*, Appellants.

(*Superior Court of New York City, General Term.* January 11, 1892.)

Appeal from judgment on report of referee.

Action by Philip Milligan against the Metropolitan Elevated Railway Company and another.

Argued before FREEDMAN, McADAM, and GILDERSLEEVE, JJ.
*Davies & Rapallo*, for appellants.    *Edwin M. Felt*, for respondent.

PER CURIAM.    The judgment should be affirmed, with costs.